FILED '26 01 30 PM 12:03 MDGA-ALB

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__ALBANY__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

REGINALD JEFFERSON

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

vs.

SGT. TUKES

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO: _____

## I. GENERAL INFORMATION

1. Your full name and prison number __REGINALD JEFFERSON JD# 60369__
2. Name and location of prison where you are now confined __DOUGHERTY COUNTY GA. JAIL__
3. Sentence you are now serving (how long?) __UNSENTENCED__

    (a) What were you convicted of? __N/A__
    
    (b) Name and location of court which imposed sentence __N/A__
    
    (c) When was sentence imposed? __N/A__
    
    (d) Did you appeal your sentence and/or conviction?  Yes ☐  No ☐
    
    (e) What was the result of your appeal? __N/A__

1 of 10

(f) Approximate date your sentence will be completed __N/A__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s):_____

       Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____  When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a)   Parties to the previous lawsuit:
         Plaintiff(s):_____
         Defendant(s):_____
   (b)   Name of Court:_____
   (c)   Docket Number:_____  When did you file this lawsuit?_____
   (d)   Name of judge assigned to case:_____
   (e)   Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

N/A

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

N/A                    N/A

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? At the Dougherty County, Ga. Jail Facility

    (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

    (b) If your answer to question 9(a) is "Yes", answer the following:

    (1) Did you present your complaint(s) herein to the institution as a grievance?
    Yes ☑   No ☐

    (2) If Yes, what was the result?  ID# 1005472

    (3) If No, explain why not: N/A

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I went to medical, saw nurses and doctors and spoke with Major Williams. I wrote Luitenant and captain. ID# 5906146 Med. Inquiry

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes [✓]   No [ ]

(1) If Yes, to whom did you appeal and what was the result? ID# 1007068

(2) If No, explain why you did not appeal: And my Grievance was not denied so I replied ID# 1007068

10. In what other institutions have been confined? Give dates of entry and exit.

In regards to this action or lawsuit I have only been here at this facility. ~~other~~ R.J

**IV. PARTIES TO THIS LAWSUIT**

11. List your CURRENT place of incarceration/mailing address.

Reginald Jefferson ID# 60369
D.C.J.F
1302 Evelyn Ave.
Albany, GA 31705

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

SGT. TUCKER a Sgt. at the Dougherty County, Ga. jail facility employed by the Georgia Sheriff office

4 of 6

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME;** if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? DOUGHERTY COUNTY, GA. Jail facility

**WHEN** do you allege this incident took place? around or on 10/7/2023

**WHAT** happened? I had a Diabetic attack on the above stated date and I past out shaking because my sugar level was to high, I hit the floor and knocked three teeth loose in my mouth due to the fact Sgt. Tolces denied me from medical treatment in which I am chronic care diabetic, in which I go to medical for my diabetic treatment everyday at or around 3PM, and in violation of my due process's rights and visiting cruel and unjust punishment on me Sgt. Tolces denied my medical appointment for that above date and I almost died and my teeth are all loose til this day and feel as though they are infecting my gums.

Cont. 10,

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Sgt. Levine Grant and Ms. Officer Mills saw me lying on the floor and saved my life in which they came around for head count and found me.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

1) I request $1 million dollars for physical, mental and emotional pain and suffering; 2) I request process of service to be served upon the defend by the issue of the court to the U.S. Marshall; 3) I request an order for discovery in this case; 4) I request an TRO and Injunctive Relief for medical treatment for my chronic care.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 28 day of JANUARY, 20 26.

_____
PLAINTIFF

6 of 10