JEFFERSON, Reginald **DOB:** 01/30/1970 (55 yo M) **Acc No.** 176940 **DOS:** 01/22/2026

# Vision

**Patient:** Jefferson, Reginald
**Account Number:** 176940
**DOB:** 01/30/1970  **Age:** 55 Y  **Sex:** Male
**Phone:** 229-383-8964
**Address:** 1302 EVELYN AVE, ALBANY, GA-31705-1464
**Pcp:** William McPeters
**Check In:** 10:46 AM EST

**Provider:** Osemelu Aburime, MD
**Date:** 01/22/2026

## Subjective:

### Chief Complaints:
1. IOP, VF, Verify drops.

### Medical History:
Interstitial Lung disease- Dr Rao, Bullet in left chest wall, Malignant hypertension, CHF (congestive heart failure), Dyslipidemia, Hx of substance abuse, Diabetes Mellitus Type 2.

### Ocular Surgical History:

**Allergies:** Allergies Verified.

## Objective:

### Vision:
Pre-Test:

Spectacle Rx:
Manifest - Distance

|      | Sph   | Cyl   | Axis | Add   | DVA      | NVA |
|------|-------|-------|------|-------|----------|-----|
| R    | +0.75 | -0.25 | 145  | +2.50 | 20/30 +1 |     |
| L    | +0.75 |       |      | +2.50 |          |     |
| Both |       |       |      |       |          |     |

Comments: Balance

Final

|      | Sph   | Cyl   | Axis | H Prism | V Prism | Add   | DVA      | NVA | PH |
|------|-------|-------|------|---------|---------|-------|----------|-----|----|
| R    | +0.75 | -0.25 | 145  |         |         | +2.50 | 20/30 +1 |     |    |
| L    | +0.75 |       |      |         |         | +2.50 |          |     |    |
| Both |       |       |      |         |         |       |          |     |    |

Comments: Balance

Contact Lens:

Eye Examination:

General

| **External Eye** | Right Eye (OD) | Left Eye (OS) |
|---|---|---|
| Lids | Normal | Normal |
| Pupils | APD 8mm dilated pupil | equal, round, reactive to light and accommodation (ERRLA), |

JEFFERSON, Reginald **DOB:** 01/30/1970 (55 yo M) **Acc No.** 176940 **DOS:** 01/22/2026

|  |  |  |
|---|---|---|
|  |  | no relative afferent pupillary defect (RAPD) |
| Adnexa | Normal | Normal |
| CVF | Full | Full |
| Extraocular Muscles | EOMs are full and comittant in all positions of gaze | EOMs are full and comittant in all positions of gaze |
| **Slit Lamp** | | |
| Tear Film | MGD | MGD |
| Conjunctiva | White and Quiet | White and Quiet |
| Cornea | Clear with no Abnormality | OCE |
| AC | Deep and quiet | Deep and quiet |
| Iris | normal | normal |
| Lens | 2+ NS 1+ cortical | 1+ NS |
| Ant. Vitreous | Clear | Clear |
| Sclera | clear | clear |
| **Fundus** | | |
| Vitreous | Clear with no opacity | poor view |
| CD Ratio | .4 | |
| Optic Disc | Flat with distinct borders, well perfused | |
| Vessel | tortious , 1+ narrow | |
| Peripheral | Retina Flat & Intact with No Holes or Tears OU as far as possible through view | |
| Retina | scattered exudates | |
| Fovea | + FR | |
| Posterior pole | Clear | |
| Optic Nerve | normal margin | |

Special Tests:

## Assessment:
### Assessment:
1. Primary open angle glaucoma (POAG) of both eyes, severe stage - H40.1133 (Primary)
2. Diabetes type 2, uncontrolled - E11.65    **Notes :** Uncontrolled due to medication noncompliance and lost to follow-up
3. PVD (posterior vitreous detachment), both eyes - H43.813
4. Keratoconjunctivitis sicca, not specified as Sjogren's, bilateral - H16.223
5. Bilateral presbyopia - H52.4

## Plan:
### Treatment:
**1. Primary open angle glaucoma (POAG) of both eyes, severe stage**
Start Simbrinza Suspension, 1-0.2 %, 1 drop into affected eye, Ophthalmic, Three times a day, 90 days, 4.5 ML, Refills 11 ;  Start Latanoprost Solution, 0.005 %, 1 drop into affected eye in the evening, Ophthalmic, Once

**Provider:** Osemelu Aburime, MD

**Date:** 01/22/2026
Generated for Printing/Faxing/eTransmitting on: 01/22/2026 11:14 AM EST

JEFFERSON, Reginald **DOB:** 01/30/1970 (55 yo M) **Acc No.** 176940 **DOS:** 01/22/2026

a day, 90 days, 4.5 ML, Refills 11 .
Notes: Glaucoma: Severe
FamHx: unknown
Pachy: 540/541
Gonio: Open to TM 360 OU
Surgeries: none
Lasers: none
Tmax: 20/50
CDR: .5/.5
HVF: OD */ OS *
OCT RNFL: OD */ OS *
Current gtts: Lumigan, Simbrinza
Adverse rxn to gtts: none

- IOP today: 15/40
- Test done today: Refraction

-Plan: f/u with IOP/HVF 24-2

### 2. Diabetes type 2, uncontrolled
Notes: Mild NPDR noted in both eyes. No macular edema present.

Plan: Monitor with DFE every 6-12 months. Emphasize importance of glycemic control. Return sooner if symptoms like vision loss develop.

### 3. PVD (posterior vitreous detachment), both eyes
Notes: No RD, heme or tear. RD precautions given.

### 4. Keratoconjunctivitis sicca, not specified as Sjogren's, bilateral
Notes: Preservative-free artificial tears 4 times daily. Warm compresses and eyelid hygiene with lid scrubs. Omega-3 supplements.

### 5. Bilateral presbyopia
Notes: Monitor

**Follow Up:** 6 Months (Reason: IOP)

### Billing Information:
**Procedure Codes:**
  92082 VISUAL FIELD EXAMINATION(S).


Yes
Sign off status: Pending


**Provider:** Osemelu Aburime, MD

**Date:** 01/22/2026
Generated for Printing/Faxing/eTransmitting on: 01/22/2026 11:14 AM EST