REGINAID JEFF[...]
1302 Evelyn Ave
ALBANY, GA 31705



CLeRK's oFFice
C.B. King U.S. courthouse
201 West Broad Ave
Albany, GA 31701